Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.: 15−24733−JNP
                              Chapter: 7
                              Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel G. Rallo                                       Carmen Rallo
   58 Lacosta Dr                                       58 Lacosta Dr
   Egg Harbor Township, NJ 08234−5839        Egg Harbor Township, NJ 08234−5839

Social Security No.:
   xxx−xx−0363                                       xxx−xx−6701

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       12/22/16
Time:       02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Interim Application for Compensation for Flaster Greenberg, P.C., Trustee's Attorney

COMMISSION OR FEES
Fee: $9,244.50

EXPENSES
Expenses: $132.10

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: November 21, 2016
JJW:

                                                                       James J. Waldron
                                                                       Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                              Case No. 15-24733-JNP
Daniel G. Rallo                                                     Chapter 7
Carmen Rallo
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Nov 21, 2016
                              Form ID: 137             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2016.
db/jdb         Daniel G. Rallo,    Carmen Rallo,    58 Lacosta Dr,    Egg Harbor Township, NJ 08234-5839
aty           +Flaster Greenberg, P.C.,    646 Ocean Heights Avenue, Suite 103,    Linwood,, NJ 08221-1011
acc            Giuliano, Miller & Company LLC,    Berlin Business Park,    130 Bradford Drive,
                West Berlin, NJ 08091
cr            +Nationstar Mortgage LLC,    RAS Citron, LLC,    130 Clinton Road,    Suite 202,
                Fairfield, NJ 07004-2927
515663710     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
515663711     +Chase,   PO Box 100018,    Kennesaw, GA 30156-9204
515663712     +Chase Card,    P.o. Box 15298,    Wilmington, DE 19850-5298
515663713      Citibank/the Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
                Saint Louis, MO 63179-0040
515663715    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage Llc,    Attn: Bankruptcy,    350 Highland Dr,
                Lewisville, TX 75067-4177)
515663717     +Powers Kirn, LLC,    728 Marne Highway, Ste 200,    Moorestown, NJ 08057-3128
515663718     +Suntrust Bank,    Attn:Bankruptcy Dept,    1001 Semmes Ave Mc Va-Wmrk-7952,
                Richmond, VA 23224-2245
515663720      Wachovia Mortgage/world Savings And Loan,    Attn: Bankruptcy Dept.(T7419-015),    PO Box 659558,
                San Antonio, TX 78265-9558
515663722      Wells Fargo Bank,    4101 Wiseman Blvd,    San Antonio, TX 78251-4200
515663721      Wells Fargo Bank,    PO Box 5058,    Portland, OR 97208-5058
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2016 00:08:15     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2016 00:08:13     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 21 2016 23:52:02
                Capital One Auto Finance,    PO Box 201347,    Arlington, TX 76006-1347
515663709      E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Nov 21 2016 23:54:24
                Capital One Auto Finance,    3905 Dallas Pkwy,    Plano, TX 75093-7892
515848747     +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Nov 21 2016 23:53:24
                Capital One Auto Finance,,    a division of Capital One, N.A.,    PO Box 60511,
                City Of Industry CA 91716-0511
515670098     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 21 2016 23:53:16
                Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                Arlington, TX 76006-1347
515663714      E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2016 23:54:19     Lowe's,    PO Box 981064,
                El Paso, TX 79998-1064
515923703     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 21 2016 23:52:08      PYOD LLC,
                c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
515663716     +E-mail/Text: bankruptcy@loanpacific.com Nov 22 2016 00:09:17     Pacific Union Financia,
                1603 Lbj Freeway, Suite 500,    Farmers Branch, TX 75234-6071
515918814      E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2016 23:52:00     Synchrony Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
515663719      E-mail/Text: bankruptcy@td.com Nov 22 2016 00:08:18     Td Banknorth Mortgage,
                TD Bank NA-Attn: Bankruptcy Department,    PO Box 1377,    Lewiston, ME 04243-1377
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                    Page 2 of 2                  Date Rcvd: Nov 21, 2016
                              Form ID: 137                   Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2016 at the address(es) listed below:

```
            Damien Nicholas Tancredi    on behalf of Trustee Douglas S. Stanger
             damien.tancredi@flastergreenberg.com,    damien.tancredi@ecf.inforuptcy.com
            Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
             nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
             dss@trustesolutions.net
            Douglas S. Stanger    doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
             jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
            Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC jgoldman@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Lee Martin Perlman    on behalf of Debtor Daniel G. Rallo ecf@newjerseybankruptcy.com,
             lmpcourt@gmail.com
            Lee Martin Perlman    on behalf of Joint Debtor Carmen  Rallo ecf@newjerseybankruptcy.com,
             lmpcourt@gmail.com
            Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC gshasa@rasnj.com,
             bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
            William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
            William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 9
```