| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Douglas S. Stanger, Esquire<br>Flaster/Greenberg P.C.<br>646 Ocean Heights Avenue<br>Linwood, NJ 08221<br>DSS5141<br>Phone: 609-645-1881<br>Counsel for Chapter 7 Trustee |

Order Filed on December 22, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

IN RE:

Daniel G. Rallo
Carmen Rallo,

               Debtor(s)

Case No.: 15-24733

Adv. No.:

Hearing Date:

Judge: Jerrold N. Poslusny, Jr.

## ORDER AUTHORIZING INTERIM COMPENSATION OF FEES AND COSTS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 22, 2016**

                                                      Honorable Jerrold N. Poslusny, Jr.
                                                      United States Bankruptcy Court

5973138 v1

**(Page 2)**
**Debtor:** Daniel G. Rallo and Carmen Rallo
**Case No.:** 15-24733
**Caption of Order:** Order Authorizing Compensation of Interim Fees And Costs

---

**THIS MATTER** having been brought before the Court by Douglas S. Stanger, Trustee, for an Application for Interim Allowance of Compensation and Reimbursement of Expenses of Counsel for Trustee pursuant to 11 U.S.C., Section 326

**ORDERED AND DIRECTED** that reasonable compensation for actual and necessary fees and expenses incurred are hereby awarded or allowed under 11 U.S.C. 330(a), 503(b)(2) or 503(b)(4), as follows:

| APPLICANTS | FEES | EXPENSES |
| --- | --- | --- |
| Flaster/Greenberg P.C. | $9,244.50 | $132.10 |

5973138 v1