Case 15-24733-JNP  Doc 62-2  Filed 12/24/16  Entered 12/25/16 00:37:25  Desc

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Douglas S. Stanger, Esquire
Flaster/Greenberg P.C.
646 Ocean Heights Avenue
Linwood, NJ 08221
DSS5141
Phone: 609-645-1881
Counsel for Chapter 7 Trustee

Order Filed on December 22, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

IN RE:

Daniel G. Rallo
Carmen Rallo,
              Debtor(s)

Case No.: 15-24733

Adv. No.:

Hearing Date:

Judge: Jerrold N. Poslusny, Jr.

**ORDER AUTHORIZING INTERIM COMPENSATION OF FEES AND COSTS**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 22, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

5973138 v1

**(Page 2)**
**Debtor:** Daniel G. Rallo and Carmen Rallo
**Case No.:** 15-24733
**Caption of Order:** Order Authorizing Compensation of Interim Fees And Costs

---

**THIS MATTER** having been brought before the Court by Douglas S. Stanger, Trustee, for an Application for Interim Allowance of Compensation and Reimbursement of Expenses of Counsel for Trustee pursuant to 11 U.S.C., Section 326

**ORDERED AND DIRECTED** that reasonable compensation for actual and necessary fees and expenses incurred are hereby awarded or allowed under 11 U.S.C. 330(a), 503(b)(2) or 503(b)(4), as follows:

| APPLICANTS | FEES | EXPENSES |
|---|---|---|
| Flaster/Greenberg P.C. | $9,244.50 | $132.10 |

5973138 v1

United States Bankruptcy Court
District of New Jersey

In re:  
Daniel G. Rallo  
Carmen Rallo  
    Debtors

Case No. 15-24733-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Dec 22, 2016  
               Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2016.  
db/jdb        Daniel G. Rallo,   Carmen Rallo,   58 Lacosta Dr,   Egg Harbor Township, NJ  08234-5839

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2016 at the address(es) listed below:  
        Damien Nicholas Tancredi   on behalf of Trustee Douglas S. Stanger   damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com  
        Denise E. Carlon   on behalf of Creditor   Nationstar Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Douglas S. Stanger   on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net  
        Douglas S. Stanger   doug.stanger@flastergreenberg.com, nj02@ecfcbis.com, jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net  
        Joshua I. Goldman   on behalf of Creditor   Nationstar Mortgage LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Lee Martin Perlman   on behalf of Joint Debtor Carmen  Rallo ecf@newjerseybankruptcy.com, lmpcourt@gmail.com  
        Lee Martin Perlman   on behalf of Debtor Daniel G. Rallo ecf@newjerseybankruptcy.com, lmpcourt@gmail.com  
        Patrick O. Lacsina   on behalf of Creditor   Nationstar Mortgage LLC gshasa@rasnj.com, bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com  
        William M.E. Powers   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com  
        William M.E. Powers, III   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com  
        TOTAL: 10