| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Damien Nicholas Tancredi, Esquire<br>Flaster/Greenberg P.C.<br>646 Ocean Heights Avenue<br>Linwood, NJ 08221<br>DT 1383<br>Phone: 215-587-5675<br>Counsel for Chapter 7 Trustee | |
|---|---|
| In Re:<br><br>Daniel G. Rallo<br>Carmen Rallo<br><br>                    Debtors | **CAMDEN VICINAGE**<br><br>Chapter 7<br><br>Case No: 15-24733<br><br>Hon. Jerrold N. Poslusny, Jr. |

Order Filed on January 31, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

**ORDER ON MOTION TO EXPUNGE CLAIM PURSUANT TO 11 U.S.C. § 502(A) AND RULES 3007 AND 9014 OF THE RULES OF BANKRUPTCY PROCEDURE**

The relief set forth on the following pages, numbered two (2) through two (2) is

hereby **ORDERED**.

**DATED: January 31, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

6042861 v2

(Page 2)
**Debtor:** Daniel G. Rallo and Carmen Rallo
**Case No.:** 15-24733-JNP
**Caption of Order**: Order On Motion to Expunge Claims Pursuant to 11 U.S.C. § 502(a) and Rules 3007 And 9014 of the Federal Rules of Bankruptcy Procedure

**THIS MATTER** having come before the Court on _____, 2017, upon the Motion to Expunge Claim Pursuant to 11 U.S.C. § 502(a) and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedures, and Damien Nicholas Tancredi, Esquire, of the law firm of Flaster/Greenberg P.C, having appeared on behalf of the Trustee, and for good cause shown;

**ORDERED and ADJUDGED** as follows:

1. Claim 1 filed by Capital One Auto Finance, a division of Capital One, N.A. in the amount of $29,986.85 will not receive a dividend with other unsecured creditors and is expunged.