UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Damien Nicholas Tancredi, Esquire
Flaster/Greenberg P.C.
646 Ocean Heights Avenue
Linwood, NJ 08221
DT 1383
Phone: 215-587-5675
Counsel for Chapter 7 Trustee

In Re:

Daniel G. Rallo
Carmen Rallo

            Debtors

Order Filed on January 31, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

**CAMDEN VICINAGE**

Chapter 7

Case No: 15-24733

Hon. Jerrold N. Poslusny, Jr.

**ORDER ON MOTION TO EXPUNGE CLAIM PURSUANT TO 11 U.S.C. § 502(A) AND RULES 3007 AND 9014 OF THE RULES OF BANKRUPTCY PROCEDURE**

The relief set forth on the following pages, numbered two (2) through two (2) is

hereby **ORDERED**.

**DATED: January 31, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

6042861 v2

**(Page 2)**
**Debtor:** Daniel G. Rallo and Carmen Rallo
**Case No.:** 15-24733-JNP
**Caption of Order**: Order On Motion to Expunge Claims Pursuant to 11 U.S.C. § 502(a) and Rules 3007 And 9014 of the Federal Rules of Bankruptcy Procedure

**THIS MATTER** having come before the Court on _____, 2017, upon the Motion to Expunge Claim Pursuant to 11 U.S.C. § 502(a) and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedures, and Damien Nicholas Tancredi, Esquire, of the law firm of Flaster/Greenberg P.C, having appeared on behalf of the Trustee, and for good cause shown;

**ORDERED and ADJUDGED** as follows:

1. Claim 1 filed by Capital One Auto Finance, a division of Capital One, N.A. in the amount of $29,986.85 will not receive a dividend with other unsecured creditors and is expunged.

6042861 v2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-24733-JNP
Daniel G. Rallo                                                                 Chapter 7
Carmen Rallo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1                Date Rcvd: Jan 31, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2017.
db/jdb         Daniel G. Rallo,    Carmen Rallo,    58 Lacosta Dr,    Egg Harbor Township, NJ  08234-5839

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2017 at the address(es) listed below:
              Damien Nicholas Tancredi    on behalf of Trustee Douglas S. Stanger
               damien.tancredi@flastergreenberg.com,    damien.tancredi@ecf.inforuptcy.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lee Martin Perlman    on behalf of Joint Debtor Carmen  Rallo ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Lee Martin Perlman    on behalf of Debtor Daniel G. Rallo ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC gshasa@rasnj.com,
               bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                               TOTAL: 10