Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15–24733–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Daniel G. Rallo
58 Lacosta Dr
Egg Harbor Township, NJ 08234–5839

Carmen Rallo
58 Lacosta Dr
Egg Harbor Township, NJ 08234–5839

Social Security No.:
xxx–xx–0363
xxx–xx–6701

Employer's Tax I.D. No.:

### NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date: 12/7/17
Time: 02:00 PM
Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Second Interim Application for Compensation for Flaster Greenberg, P.C., Trustee's Attorney

COMMISSION OR FEES
Fees: $3,594.00

EXPENSES
Expenses: $13.95

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: November 1, 2017
JAN: def

Jeanne Naughton
Clerk