# FLASTER GREENBERG
ATTORNEYS AT LAW · A PROFESSIONAL CORPORATION

646 Ocean Heights Avenue
Linwood, NJ 08221, Ste. 103
(609) 645-1881
Fax: (609) 645-9932
www.flastergreenberg.com

**DOUGLAS S. STANGER, ESQUIRE**
Member of NJ & NY Bar
Direct Dial (609) 645-1881
Mail:doug.stanger@flastergreenberg.com
PLEASE RESPOND TO LINWOOD OFFICE

January 30, 2018

Honorable Jerrold N. Poslusny, Jr. U.S.B.J.
United States Bankruptcy Court
400 Cooper Street
Camden, NJ 08101

    Re:  Daniel Rallo and Carmen Rallo
          Case No. 15-24733
          Status Hearing: January 30, 2018 at 11:00 a.m.

Dear Judge Poslusny:

Please accept this letter as a response to the above-referenced status hearing. The asset in this case is certain investment real estate owned with a partner which is being managed per court order. Income is received and expenses paid.

It is expected that the property will be managed for the balance of this year while letters are sent to creditors seeking late filed claims. This case may be a "surplus" case unless other tardy claims are filed. It is respectfully requested that the next status conference be approximately 6 months.

Thank you for your attention to this matter.

          Respectfully Submitted,
          FLASTER/GREENBERG P.C.

          Douglas S. Stanger

DSS/lef