# FLASTER/GREENBERG

ATTORNEYS AT LAW · A PROFESSIONAL CORPORATION

646 Ocean Heights Avenue
Linwood, NJ 08221, Ste. 103
(609) 645-1881
Fax: (609) 645-9932
www.flastergreenberg.com

**DOUGLAS S. STANGER, ESQUIRE**
Member of NJ & NY Bar
Direct Dial (609) 645-1881
Mail:doug.stanger@flastergreenberg.com
PLEASE RESPOND TO LINWOOD OFFICE

August 3, 2018

Honorable Jerrold N. Poslusny, Jr. U.S.B.J.
United States Bankruptcy Court
400 Cooper Street
Camden, NJ 08101

Re:   Daniel Rallo and Carmen Rallo
      Case No. 15-24733
      Status Hearing: August 7, 2018 at 11:00 a.m.

Dear Judge Poslusny:

   Please accept this letter as a response to the above-referenced status hearing. The asset in this case is an investment property owned with a partner of the debtor, which is being managed per Court Order. We continue to receive rental income on a monthly basis and all applicable expenses are paid.

   As indicated previously, it is expected that the property will be managed for the balance of this year. After letters were sent to creditors two tardy claims were filed which should receive payment. It is respectfully requested that the next status conference be in approximately 6 months.

   Thank you for your attention to this matter.

            Respectfully Submitted,
            FLASTER/GREENBERG P.C.

            Douglas S. Stanger

DSS/dj

6833880 v2