UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Daniel G. Rallo and Carmen Rallo

Case No.: 15-24733-JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

### NOTICE OF PROPOSED ABANDONMENT

DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on January 29, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$188,000.00  600 2nd Street  Somers Point, NJ

Liens on property:

$258,077.95  Nationstar Mortgage

Amount of Equity claimed as exempt:

$0

Objections must be served on, and requests for additional information directed to:

Name:            Douglas S. Stanger

Address:         646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No.    (609) 645-1881

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-24733-JNP
Daniel G. Rallo                                                         Chapter 7
Carmen Rallo
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 2          Date Rcvd: Dec 27, 2018
                              Form ID: pdf905           Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2018.
db/jdb         Daniel G. Rallo,    Carmen Rallo,    58 Lacosta Dr,    Egg Harbor Township, NJ 08234-5839
aty           +Flaster Greenberg, P.C.,    646 Ocean Heights Avenue,    Suite 103,    Linwood, NJ 08221-1011
acc            Giuliano, Miller & Company LLC,    Berlin Business Park,    130 Bradford Drive,
                West Berlin, NJ 08091
cr            +Nationstar Mortgage LLC,    RAS Citron, LLC,    130 Clinton Road,   Suite 202,
                Fairfield, NJ 07004-2927
515663710     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
515663711     +Chase,    PO Box 100018,    Kennesaw, GA 30156-9204
517622604     +Chase Bank USA, N.A.,    c/o Kevin C. Driscoll, Jr.,,    Barnes & Thornburg LLP,,
                1 North Wacker Drive, Suite 4400,,    Chicago, IL 60606-2841
517626359     +Chase Bank USA, NA,    Attn: Corres. Dept.,    PO Box 15298,    Wilmington, DE 19850-5298
515663712     +Chase Card,    P.o. Box 15298,    Wilmington, DE 19850-5298
515663713      Citibank/the Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
                Saint Louis, MO 63179-0040
515663715    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage Llc,    Attn: Bankruptcy,    350 Highland Dr,
                Lewisville, TX 75067-4177)
515663717     +Powers Kirn, LLC,    728 Marne Highway, Ste 200,    Moorestown, NJ 08057-3128
515663718     +Suntrust Bank,    Attn:Bankruptcy Dept,    1001 Semmes Ave Mc Va-Wmrk-7952,
                Richmond, VA 23224-2245
515663720      Wachovia Mortgage/world Savings And Loan,    Attn: Bankruptcy Dept.(T7419-015),    PO Box 659558,
                San Antonio, TX 78265-9558
515663722      Wells Fargo Bank,    4101 Wiseman Blvd,    San Antonio, TX 78251-4200
515663721      Wells Fargo Bank,    PO Box 5058,    Portland, OR 97208-5058

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 27 2018 23:24:50      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 27 2018 23:24:47      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 27 2018 23:19:55
                Capital One Auto Finance,    PO Box 201347,    Arlington, TX 76006-1347
515663709      E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Dec 27 2018 23:19:21
                Capital One Auto Finance,    3905 Dallas Pkwy,    Plano, TX 75093-7892
515848747     +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Dec 27 2018 23:19:21
                Capital One Auto Finance,,    a division of Capital One, N.A.,    PO Box 60511,
                City Of Industry CA 91716-0511
515670098     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 27 2018 23:20:37
                Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                Arlington, TX 76006-1347
515663714      E-mail/PDF: gecsedi@recoverycorp.com Dec 27 2018 23:20:30      Lowe's,    PO Box 981064,
                El Paso, TX 79998-1064
515923703     +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 27 2018 23:19:22      PYOD LLC,
                c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
515663716     +E-mail/Text: bankruptcy@loanpacific.com Dec 27 2018 23:25:41      Pacific Union Financia,
                1603 Lbj Freeway, Suite 500,    Farmers Branch, TX 75234-6071
515918814      E-mail/PDF: gecsedi@recoverycorp.com Dec 27 2018 23:19:47      Synchrony Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
515663719      E-mail/Text: bankruptcy@td.com Dec 27 2018 23:24:52      Td Banknorth Mortgage,
                TD Bank NA-Attn: Bankruptcy Department,    PO Box 1377,    Lewiston, ME 04243-1377
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Flaster Greenberg, P.C.,    646 Ocean Heights Avenue, Suite 103,    Linwood,, NJ 08221-1011
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Dec 27, 2018
                               Form ID: pdf905          Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
              Damien Nicholas Tancredi    on behalf of Trustee Douglas S. Stanger
               damien.tancredi@flastergreenberg.com,    damien.tancredi@ecf.inforuptcy.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    on behalf of Attorney    Flaster Greenberg, P.C.
               doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lee Martin Perlman    on behalf of Debtor Daniel G. Rallo ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Lee Martin Perlman    on behalf of Joint Debtor Carmen  Rallo ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC ,    PATRICK.LACSINA@GMAIL.COM
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 11
```