

646 Ocean Heights Avenue
Linwood, NJ 08221, Ste. 103
(609) 645-1881
Fax: (609) 645-9932
www.flastergreenberg.com

**DOUGLAS S. STANGER, ESQUIRE**
Member of  NJ & NY Bar
Direct Dial   (609) 645-1881
Mail:doug.stanger@flastergreenberg.com
PLEASE RESPOND TO LINWOOD OFFICE

February 18, 2019

Honorable Jerrold N. Poslusny, Jr. U.S.B.J.
United States Bankruptcy Court
400 Cooper Street
Camden, NJ 08101

Re:    Daniel Rallo and Carmen Rallo
       Case No. 15-24733
       Status Hearing: February 19, 2019 at 11:00 a.m.

Dear Judge Poslusny:

Please accept this letter as a response to the above-referenced status hearing.  The asset in this case was an investment property owned with a partner of the debtor, which was being managed per Court Order.

The property was sold at Sheriff's sale in January.  We have received the final rental income and are now ready for filing the final tax returns after which we will file our Final Report.

It is respectfully requested that the next status conference be in approximately 4 months.

Thank you for your attention to this matter.

Respectfully Submitted,
FLASTER/GREENBERG P.C.

Douglas S. Stanger

DSS/dj

7113226 v2