Case 15-24733-JNP    Doc 832-1    Filed 06/05/19    Entered 06/05/19 08:35:44    Desc Proposed Order    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Donna M. Miller, CPA/CFF, CIRA, CDBV
**GIULIANO MILLER & COMPANY, LLC**
Berlin Business Park
140 Bradford Drive
West Berlin, New Jersey 08091
(856) 767-3000
Accountants for Trustee Douglas S. Stanger

Order Filed on June 20, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-24733 (JNP)

Chapter 7

In re:

DANIEL G. RALLO
CARMEN RALLO,

Debtors.

Hearing Date:

Judge: Jerrold N. Poslusny, Jr.

## ORDER AWARDING FIRST AND FINAL COMPENSATION TO GIULIANO, MILLER & COMPANY, LLC ACCOUNTANTS FOR THE TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 20, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtors: | DANIEL G. RALLO and CARMEN RALLO |
| Case No: | 15-24733 (JNP) |
| Caption of Order: | **ORDER AWARDING FIRST AND FINAL COMPENSATION TO GIULIANO, MILLER & COMPANY, LLC, ACCOUNTANTS FOR THE TRUSTEE** |

This matter having been opened to the Court by Giuliano, Miller & Company, LLC, Accountants for the Trustee, upon application by the terms of which said attorneys sought an Order of this Court awarding first and final compensation for services rendered herein; and the Court having reviewed the pleadings submitted, together with representations of the parties, and upon cause shown:

**NOW, THEREFORE, IT IS ORDERED** that the firm of Giuliano Miller & Company, LLC, accountants for the Trustee herein, be and is hereby allowed compensation for services rendered in the sum of $7,000.00 together with reimbursement of expenses in sum of $0.00, for a total allowance herein of $7,000.00 for the period August 4, 2015 through May 1, 2019.