UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Donna M. Miller, CPA/CFF, CIRA, CDBV
**GIULIANO MILLER & COMPANY, LLC**
Berlin Business Park
140 Bradford Drive
West Berlin, New Jersey 08091
(856) 767-3000
Accountants for Trustee Douglas S. Stanger

Case No.: 15-24733 (JNP)

Chapter 7

Order Filed on June 20, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In re:

DANIEL G. RALLO
CARMEN RALLO,

              Debtors.

Hearing Date:

Judge:  Jerrold N. Poslusny, Jr.

## ORDER AWARDING FIRST AND FINAL COMPENSATION TO GIULIANO, MILLER & COMPANY, LLC ACCOUNTANTS FOR THE TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 20, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtors:              DANIEL G. RALLO and CARMEN RALLO

Case No:              15-24733 (JNP)

Caption of Order:     **ORDER AWARDING FIRST AND FINAL
                      COMPENSATION TO GIULIANO, MILLER &
                      COMPANY, LLC, ACCOUNTANTS FOR THE TRUSTEE**

---

This matter having been opened to the Court by Giuliano, Miller & Company, LLC,

Accountants for the Trustee, upon application by the terms of which said attorneys sought an Order

of this Court awarding first and final compensation for services rendered herein; and the Court

having reviewed the pleadings submitted, together with representations of the parties, and upon

cause shown:

**NOW, THEREFORE, IT IS ORDERED** that the firm of Giuliano Miller & Company,

LLC, accountants for the Trustee herein, be and is hereby allowed compensation for services

rendered in the sum of $7,000.00  together with reimbursement of expenses in sum of $0.00, for

a total allowance herein of $7,000.00 for the period August 4, 2015 through May 1, 2019.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                        Case No. 15-24733-JNP
Daniel G. Rallo                                               Chapter 7
Carmen Rallo
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Jun 21, 2019
                              Form ID: pdf903      Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2019.
db/jdb          Daniel G. Rallo,   Carmen Rallo,   58 Lacosta Dr,   Egg Harbor Township, NJ  08234-5839

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2019 at the address(es) listed below:
          Damien Nicholas Tancredi    on behalf of Trustee Douglas S. Stanger
           damien.tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com
          Denise E. Carlon    on behalf of Creditor   Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Douglas S. Stanger    on behalf of Attorney   Flaster Greenberg, P.C.
           doug.stanger@flastergreenberg.com,  nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
          Douglas S. Stanger    doug.stanger@flastergreenberg.com,  nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
          Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
           nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
           dss@trustesolutions.net
          Douglas S. Stanger    on behalf of Accountant   Giuliano, Miller & Company LLC
           doug.stanger@flastergreenberg.com,  nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
          Joshua I. Goldman    on behalf of Creditor   Nationstar Mortgage LLC jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lee Martin Perlman    on behalf of Joint Debtor Carmen  Rallo ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
          Lee Martin Perlman    on behalf of Debtor Daniel G. Rallo ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
          Patrick O. Lacsina    on behalf of Creditor   Nationstar Mortgage LLC ,  PATRICK.LACSINA@GMAIL.COM
          William M.E. Powers    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                             TOTAL: 12
```