

646 Ocean Heights Avenue
Linwood, NJ 08221, Ste. 103
(609) 645-1881
Fax: (609) 645-9932
www.flastergreenberg.com

**DOUGLAS S. STANGER, ESQUIRE**
Member of NJ & NY Bar
Direct Dial (609) 645-1881
Mail:doug.stanger@flastergreenberg.com
PLEASE RESPOND TO LINWOOD OFFICE

June 24, 2019

Honorable Jerrold N. Poslusny, Jr. U.S.B.J.
United States Bankruptcy Court
400 Cooper Street
Camden, NJ 08101

Re:  Daniel Rallo and Carmen Rallo
     Case No. 15-24733
     Status Hearing: June 25, 2019 at 11:00 a.m.

Dear Judge Poslusny:

    Please accept this letter as a response to the above-referenced status hearing. The asset in this case was an investment property owned with a partner of the debtor, which was being managed per Court Order.

    As previously referenced, the property is now sold. We have taken care of filing tax returns and are just waiting a refund on insurance that was cancelled, whereupon we will be able to file our final report.

    It is respectfully requested that the next status conference be in approximately two months.

    Thank you for your attention to this matter.

    Respectfully Submitted,
    FLASTER/GREENBERG P.C.

    Douglas S. Stanger

DSS/dj

7302967 v1