| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Douglas S. Stanger, Esquire<br>Flaster/Greenberg P.C.<br>646 Ocean Heights Avenue<br>Linwood, NJ 08221<br>DSS5141<br>Phone: 609-645-1881<br>Counsel for Chapter 7 Trustee | |
| IN RE:<br><br>Daniel G. Rallo<br>Carmen Rallo,<br>　　　　　　　Debtor(s) | Case No.: 15-24733<br>Adv. No.:<br>Hearing Date:<br>Judge: Jerrold N. Poslusny, Jr. |

## FINAL APPLICATION FOR FEES AND REIMBURSEMENT FOR EXPENSES FOR FLASTER/GREENBERG, P.C., AS COUNSEL FOR TRUSTEE PURSUANT TO 11 U.S.C. SECTION 326 AND DOUGLAS S. STANGER, TRUSTEE

Applicant, Douglas S. Stanger, is a member of the firm of Flaster/Greenberg P.C. ("Flaster") counsel for the Trustee, and as Trustee respectfully represents:

I

That Douglas S. Stanger has acted as Interim Trustee in the above-entitled proceedings under the Act of Congress relating to Bankruptcy, having accepted that appointment on or about August 4, 2015. I am a member of the law firm of Flaster/Greenberg P.C. ("Flaster") which firm was appointed as Counsel for the Trustee by Court Order Dated October 6, 2015.

II

That this application seeks final compensation for the firm of Flaster/Greenberg P.C. for the Trustee.

7369188 v1

### III

That annexed hereto is the Certification of Douglas S. Stanger, Esquire, a member of the Flaster firm, setting forth with particularity the work performed and a statement required by Rule 2016 of the Bankruptcy Rules, indicating no division of this compensation with any other person, excluding the members of the law firm of which I am a shareholder. All services performed by Douglas S. Stanger, Esquire, were billed at a rate of $505.00 in 2017, $520.00 in 2018 and $535.00 in 2019. All services performed by Diana M. Janansky, a paralegal with my firm, were billed at a rate of $145.00 per hour. These are the regular billable rates for these individuals during the aforementioned time.

WHEREFORE, Applicants pray that the court approve the applications and authorize payments as follows:

A. Attorney's fees in the amount of $1,188.00

B. Expenses of Counsel for the Trustee in the amount of $102.65

Respectfully submitted,
Flaster/Greenberg P.C.

/s/Douglas S. Stanger
Douglas S. Stanger, Esquire

Date: August 12, 2019