UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Douglas S. Stanger, Esquire
Flaster/Greenberg P.C.
646 Ocean Heights Avenue
Linwood, NJ 08221
DSS5141
Phone: 609-645-1881
Counsel for Chapter 7 Trustee

IN RE:

Daniel G. Rallo
Carmen Rallo,
           Debtor(s)

Case No.: 15-24733

Adv. No.:

Hearing Date:

Judge: Jerrold N. Poslusny, Jr.

## CERTIFICATION IN SUPPORT OF FINAL FEE APPLICATION

DOUGLAS S. STANGER, of full age, hereby certifies

    1.    I am a member of the Firm of Flaster/Greenberg P.C. ("Flaster")

    2.    The above captioned debtor filed a voluntary Chapter 7 petition under the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey on August 4, 2015.

    3.    This certification is submitted in support of the law firm's application for final compensation of Flaster/Greenberg P.C. ("Flaster"). Flaster/Greenberg P.C. was retained by the Trustee pursuant to an Order dated October 6, 2015. (Attached hereto as Exhibit "A"). This application covers the period from October 29, 2017 through August 12, 2019.

    4.    The only asset that remained in this estate was rental income from an investment property owned by Debtors. Legal services rendered which are covered by this application primarily dealt with prior and current applications for compensation of counsel and the accountant along with resolving issues involving the foreclosure and sheriff's sale on the rental property.

7369238 v1

5. Exhibit "B" contains a detailed statement of the services rendered by the Flaster law firm as counsel for Trustee. In such capacity a total of 2.0 hours were expended by me and 1.0 hour was expended by Diana M. Janansky, a paralegal with my firm. Accordingly, and based upon those regular rates, the value of professional services rendered totals $1,188.00 for the Flaster law firm and the costs totaled $102.65.

6. The Counsel for the Trustee has agreed not to share this compensation with any other party other than members of the law firm with which I am a shareholder.

WHEREFORE, Applicants pray that the court approve the applications and authorize payments as follows:

    A.    Counsel fees in the amount of $1,188.00

    B.    Expenses in the amount of $102.65

Respectfully submitted,
Flaster/Greenberg P.C

/s/Douglas S. Stanger
Douglas S. Stanger, Esquire

Dated: _____August 12, 2019_____

Case 15-24733-JNP    Doc 87-1    Filed 08/12/19    Entered 08/12/19 16:25:03    Desc
Certification of Douglas S. Stanger, Esq.    Page 3 of 9
Case 15-24733-JNP    Doc 14    Filed 10/06/15    Entered 10/06/15 17:27:33    Desc Main
Document    Page 1 of 3
Case 15-24733-JNP    Doc 12-2    Filed 09/28/15    Enter... ...46:04    Desc
Proposed Order    Page 1 o...

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Douglas S. Stanger, Esquire
Flaster/Greenberg P.C.
646 Ocean Heights Avenue
Linwood, NJ 08221
(609) 645-1881
Counsel for Trustee
DS5141

Order Filed on October 6, 2015
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Daniel G. Rallo
Carmen Rallo

Case No.: 15-24733

Judge: Jerrold N Poslusny Jr

Chapter: 7

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER AUTHORIZING RETENTION OF FLASTER GREENBERG P.C.

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

DATED: October 6, 2015

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**EXHIBIT "A"**

Case 15-24733-JNP    Doc 87-1    Filed 08/12/19    Entered 08/12/19 16:25:03    Desc
Certification of Douglas S. Stanger, Esq.    Page 4 of 9
Case 15-24733-JNP    Doc 14    Filed 10/06/15    Entered 10/06/15 17:27:33    Desc Main
Document    Page 2 of 3
Case 15-24733-JNP    Doc 12-2    Filed 09/28/15    Entered 09/28/15 14:46:04    Desc
Proposed Order    Page 2 of 3

In re: Daniel G. Rallo and Carmen Rallo

Case No.: 15-24733-JNP

Applicant: Douglas S. Stanger, Esquire, Chapter 7 Trustee

(check all that apply)
- ☐ Trustee: ☑ Chap. 7  ☐ Chap. 11  ☐ Chap. 13
- ☐ Debtor: ☐ Chap. 11  ☐ Chap. 13
- ☐ Official Committee of _____

Name of Professional: Flaster Greenberg P.C.

Address of Professional: 646 Ocean Heights Avenue, Suite 103
Linwood, NJ 08221

☑ Attorney for (check all that apply):
- ☑ Trustee  ☐ Debtor-in-Possession
- ☐ Official Committee of _____

☐ Accountant for:
- ☐ Trustee  ☐ Debtor-in-Possession
- ☐ Official Committee of _____

☐ Other Professional:
- ☐ Realtor  ☐ Appraiser  ☐ Special Counsel  ☐ Auctioneer
- ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

Case 15-24733-JNP    Doc 87-1    Filed 08/12/19    Entered 08/12/19 16:25:03    Desc
Certification of Douglas S. Stanger, Esq.    Page 5 of 9
Case 15-24733-JNP    Doc 14    Filed 10/06/15    Entered 10/06/15 17:27:33    Desc Main
Document    Page 3 of 3
Case 15-24733-JNP    Doc 12-2    Filed 09/28/15    Entered 09/28/15 14:46:04    Desc
Proposed Order    Page 3 of 3

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date of the original 341(a) hearing.

Rev. 6/1/06; jml



1810 Chapel Avenue West
Cherry Hill, New Jersey 08002-4609
Telephone: (856) 661-1900
Facsimile: (856) 661-1919
EIN: 22-1913711

# INVOICE

Daniel G. and Carmen Rallo
c/o Douglas S. Stanger, Trustee
58 Lacosta Drive
Egg Harbor Township, NJ  08234

August 12, 2019
Client Number      R1190
Billing Atty       Douglas S. Stanger
Invoice Number     353895

| MATTER RECAP  #/Description | Prior Balance | New Fees & Costs | Payments & Adjustments | New Interest | New Balance |
|---|---|---|---|---|---|
| R1190.0010: Legal | | $1,290.65 | | $0.00 | $1,290.65 |
| **TOTAL NEW BALANCE** | | $1,290.65 | | $0.00 | $1,290.65 |

## ACCOUNT AGING SUMMARY

| Current | Over 30 | Over 60 | Over 90 | Total |
|---|---|---|---|---|
| $1,290.65 | $0.00 | $0.00 | $0.00 | $1,290.65 |

**EXHIBIT "B"**

August 12, 2019     Page 2
Bill Number 353895

Rallo, Daniel G. and Carmen, c/o Douglas S. Stanger, Trustee

**Through August 12, 2019**

RE: Legal
File Number: R1190.0010

**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time |
|---|---|---|---|
| 10/29/17 | DSS | Interim fee app prep issues, time review etc. | 0.20 |
| 11/01/17 | DSS | Review and revisions on app. for comp. | 0.20 |
| 04/03/18 | DSS | Review re: lease for property unit.. | 0.20 |
| 07/06/18 | DSS | Review re: final fee app. for accountant. | 0.10 |
| 12/10/18 | DSS | Review re: notice of sheriff's sale, foreclosure, tenant etc. | 0.30 |
| 12/11/18 | DSS | Issues on sheriff's sales etc. | 0.20 |
| 12/21/18 | DSS | Review re: foreclosure sale notices etc. | 0.20 |
| 05/10/19 | DSS | Review re: applicatoin for compensation of accountant for filing. | 0.20 |
| 05/20/19 | DSS | Comp. notice. | 0.10 |
| 08/12/19 | DMJ | Preparation and filing of Final Fee Application, Certification of Counsel in support thereof, proposed form of Order and Certification of Filing and Service | 1.00 |
| 08/12/19 | DSS | Review final Fee Application. | 0.30 |

**TOTAL PROFESSIONAL SERVICES**     $1,188.00

**PROFESSIONAL SERVICES SUMMARY**
Douglas S. Stanger     0.40 Hrs     202.00

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt. Outstanding bills over 30 days will accrue Interest at the rate of 1.25% per month (15% per annum) on the unpaid balance. To make a payment by credit card, please logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

August 12, 2019 Page 3
Bill Number 353895

Rallo, Daniel G. and Carmen, c/o Douglas S. Stanger, Trustee

| | | | |
|---|---|---|---|
| Douglas S. Stanger | 1.00 Hrs | 520.00 | |
| Douglas S. Stanger | 0.60 Hrs | 321.00 | |
| Diana M. Janansky | 1.00 Hrs | 145.00 | |
| | 3.00 Hrs | $1,188.00 | |

**COSTS ADVANCED**

Other Client Charges

| | | | |
|---|---|---|---|
| 06/29/18 | Postage | 4.40 | |
| | | | 4.40 |

Photocopies

| | | | |
|---|---|---|---|
| 06/29/18 | Photocopies | 4.80 | |
| | | | 4.80 |

Softs Costs

| | | | |
|---|---|---|---|
| 04/30/19 | Postage | 31.90 | |
| 05/14/19 | Postage | 3.60 | |
| 05/14/19 | 61 Photocopies @ .15 each | 9.15 | |
| 07/20/19 | Postage | 35.70 | |
| 08/12/19 | Postage | 4.10 | |
| 08/12/19 | 60 Photocopies @ .15 each | 9.00 | |
| | | | 93.45 |

**TOTAL COSTS ADVANCED** $102.65

**LESS TOTAL ADJUSTMENTS** $0.00

**CURRENT BILLING FOR THIS MATTER** $1,290.65

---

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt. Outstanding bills over 30 days will accrue interest at the rate of 1.25% per month (15% per annum) on the unpaid balance. To make a payment by credit card, please logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

\* - Interest Accumulated Since Last Invoice

August 12, 2019                                                                                         Page 4
Bill Number 353895

Rallo, Daniel G. and Carmen, c/o Douglas S. Stanger, Trustee

**INVOICE TOTAL - ALL MATTERS**                                     $1,290.65

---

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt. Outstanding bills over 30 days will accrue Interest at the rate
of 1.25% per month (15% per annum) on the unpaid balance. To make a payment by credit card, please
logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice