| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Douglas S. Stanger, Esquire<br>Flaster/Greenberg P.C.<br>646 Ocean Heights Avenue<br>Linwood, NJ 08221<br>DSS5141<br>Phone: 609-645-1881<br>Counsel for Chapter 7 Trustee | Order Filed on September 20, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey |
| IN RE:<br><br>Daniel G. Rallo<br>Carmen Rallo,<br>　　　　　　　　　Debtor(s) | Case No.: 15-24733<br>Adv. No.:<br>Hearing Date:<br>Judge: Jerrold N. Poslusny, Jr. |

### ORDER AUTHORIZING FINAL COMPENSATION OF FEES AND COSTS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 20, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

7369242 v1

(Page 2)
**Debtor:** Daniel G. Rallo and Carmen Rallo
**Case No.:** 15-24733
**Caption of Order:** Order Authorizing Final Compensation of Fees And Costs

---

**THIS MATTER** having been brought before the Court by Douglas S. Stanger, Trustee, for an Application for Final Allowance of Compensation and Reimbursement of Expenses of Counsel for Trustee pursuant to 11 U.S.C., Section 326

**ORDERED AND DIRECTED** that reasonable compensation for actual and necessary fees and expenses incurred are hereby awarded or allowed under 11 U.S.C. 330(a), 503(b)(2) or 503(b)(4), as follows:

| APPLICANTS | FEES | EXPENSES |
|---|---|---|
| Flaster/Greenberg P.C. | $1,188.00 | $102.65 |

7369242 v1

United States Bankruptcy Court
District of New Jersey

In re:
Daniel G. Rallo
Carmen Rallo
    Debtors

Case No. 15-24733-JNP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 20, 2019
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2019.
db/jdb        Daniel G. Rallo,    Carmen Rallo,    58 Lacosta Dr,    Egg Harbor Township, NJ   08234-5839

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2019 at the address(es) listed below:
         Damien Nicholas Tancredi    on behalf of Trustee Douglas S. Stanger
          damien.tancredi@flastergreenberg.com,   damien.tancredi@ecf.inforuptcy.com
         Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Douglas S. Stanger    on behalf of Attorney    Flaster Greenberg, P.C.
          doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
          jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
         Douglas S. Stanger    doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
          jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
         Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
          nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
          dss@trustesolutions.net
         Douglas S. Stanger    on behalf of Accountant    Giuliano, Miller & Company LLC
          doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
          jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
         Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC jgoldman@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Lee Martin Perlman    on behalf of Joint Debtor Carmen  Rallo ecf@newjerseybankruptcy.com,
          mcdoherty@ecf.courtdrive.com
         Lee Martin Perlman    on behalf of Debtor Daniel G. Rallo ecf@newjerseybankruptcy.com,
          mcdoherty@ecf.courtdrive.com
         Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC ,   PATRICK.LACSINA@GMAIL.COM
         William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
         William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                    TOTAL: 12