Form 192 – aplccmpnrpt

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  15–24733–JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Daniel G. Rallo                           Carmen Rallo
58 Lacosta Dr                             58 Lacosta Dr
Egg Harbor Township, NJ 08234–5839        Egg Harbor Township, NJ 08234–5839

Social Security No.:
xxx–xx–0363                               xxx–xx–6701

Employer's Tax I.D. No.:

### NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE,
### OF HEARING ON APPLICATIONS FOR COMPENSATION
### (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Jerrold N. Poslusny Jr. on:

DATE:              November 21, 2019
TIME:              02:00 PM
LOCATION:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:         $83,918.98
TOTAL DISBURSEMENTS:    $67,570.46
BALANCE ON HAND:        $16,348.52

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Douglas S. Stanger, Trustee

COMMISSION OR FEES
$5,596.28

EXPENSES
$26.10

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: October 18, 2019
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Daniel G. Rallo
Carmen Rallo
      Debtors

Case No. 15-24733-JNP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2      Date Rcvd: Oct 18, 2019
                  Form ID: 192      Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2019.
```
db/jdb        Daniel G. Rallo,   Carmen Rallo,   58 Lacosta Dr,   Egg Harbor Township, NJ  08234-5839
aty          +Flaster Greenberg, P.C.,   646 Ocean Heights Avenue,   Suite 103,   Linwood, NJ 08221-1011
acc           Giuliano, Miller & Company LLC,   Berlin Business Park,   130 Bradford Drive,
              West Berlin, NJ  08091
cr           +Nationstar Mortgage LLC,   RAS Citron, LLC,   130 Clinton Road,   Suite 202,
              Fairfield, NJ 07004-2927
515663710    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
515663711    +Chase,   PO Box 100018,   Kennesaw, GA 30156-9204
517622604    +Chase Bank USA, N.A.,   c/o Kevin C. Driscoll, Jr.,,   Barnes & Thornburg LLP,,
              1 North Wacker Drive, Suite 4400,,   Chicago, IL 60606-2841
517626359    +Chase Bank USA, NA,   Attn: Corres. Dept.,   PO Box 15298,   Wilmington, DE 19850-5298
515663712    +Chase Card,   P.o. Box 15298,   Wilmington, DE 19850-5298
515663713     Citibank/the Home Depot,   Citicorp Credit Srvs/Centralized Bankrup,   PO Box 790040,
              Saint Louis, MO  63179-0040
515663715    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court:  Nationstar Mortgage Llc,   Attn: Bankruptcy,   350 Highland Dr,
              Lewisville, TX  75067-4177)
515663716    +Pacific Union Financia,   1603 Lbj Freeway, Suite 500,   Farmers Branch, TX 75234-6071
515663717    +Powers Kirn, LLC,   728 Marne Highway, Ste 200,   Moorestown, NJ 08057-3128
515663718    +Suntrust Bank,   Attn:Bankruptcy Dept,   1001 Semmes Ave Mc Va-Wmrk-7952,
              Richmond, VA 23224-2245
515663720     Wachovia Mortgage/world Savings And Loan,   Attn: Bankruptcy Dept.(T7419-015),   PO Box 659558,
              San Antonio, TX  78265-9558
515663722     Wells Fargo Bank,   4101 Wiseman Blvd,   San Antonio, TX  78251-4200
515663721     Wells Fargo Bank,   PO Box 5058,   Portland, OR  97208-5058
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 19 2019 02:24:38     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 19 2019 02:24:34     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 19 2019 02:30:45
              Capital One Auto Finance,   PO Box 201347,   Arlington, TX 76006-1347
515663709     E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Oct 19 2019 02:30:55
              Capital One Auto Finance,   3905 Dallas Pkwy,   Plano, TX  75093-7892
515848747    +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Oct 19 2019 02:31:47
              Capital One Auto Finance,,   a division of Capital One, N.A.,   PO Box 60511,
              City Of Industry CA 91716-0511
515670098    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 19 2019 02:32:31
              Capital One Auto Finance, a division of Capital On,   P.O. Box 201347,
              Arlington, TX 76006-1347
515663714     E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2019 02:30:39     Lowe's,   PO Box 981064,
              El Paso, TX  79998-1064
515923703    +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2019 02:31:59     PYOD LLC,
              c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
515918814     E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2019 02:32:24     Synchrony Bank,
              c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
515663719     E-mail/Text: bankruptcy@td.com Oct 19 2019 02:24:41     Td Banknorth Mortgage,
              TD Bank NA-Attn: Bankruptcy Department,   PO Box 1377,   Lewiston, ME  04243-1377
                                                                                        TOTAL: 10
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Flaster Greenberg, P.C.,   646 Ocean Heights Avenue, Suite 103,   Linwood,, NJ 08221-1011
                                                                         TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin             Page 2 of 2              Date Rcvd: Oct 18, 2019
                              Form ID: 192             Total Noticed: 27
```

                    ***** BYPASSED RECIPIENTS (continued) *****


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
            Damien Nicholas Tancredi    on behalf of Trustee Douglas S. Stanger
             damien.tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com
            Denise E. Carlon    on behalf of Creditor   Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Douglas S. Stanger    doug.stanger@flastergreenberg.com,  nj02@ecfcbis.com,
             jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
            Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
             nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
             dss@trustesolutions.net
            Douglas S. Stanger    on behalf of Accountant   Giuliano, Miller & Company LLC
             doug.stanger@flastergreenberg.com,  nj02@ecfcbis.com,
             jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
            Douglas S. Stanger    on behalf of Attorney   Flaster Greenberg, P.C.
             doug.stanger@flastergreenberg.com,  nj02@ecfcbis.com,
             jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
            Joshua I. Goldman    on behalf of Creditor   Nationstar Mortgage LLC jgoldman@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Lee Martin Perlman    on behalf of Debtor Daniel G. Rallo ecf@newjerseybankruptcy.com,
             mcdoherty@ecf.courtdrive.com
            Lee Martin Perlman    on behalf of Joint Debtor Carmen  Rallo ecf@newjerseybankruptcy.com,
             mcdoherty@ecf.courtdrive.com
            Patrick O. Lacsina    on behalf of Creditor   Nationstar Mortgage LLC ,  PATRICK.LACSINA@GMAIL.COM
            William M.E. Powers    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
            William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                    TOTAL: 12
```