UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on November 22, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:

Daniel and Carmen Rallo

Case No.: 15-24733

Chapter: 7

Hearing Date: 11/21/2019

Judge: JNP

## ORDER AWARDING FEES

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

DATED: November 22, 2019

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| DANIEL G. RALLO | : | Case No. 15-24733-JNP |
| CARMEN RALLO | : | |
| | : | Chapter 7 -- Liquidation |
| | : | |
| Debtors. | : | |
| | : | |

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

AND NOW, this ____ day of _____, 2019, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**

**(Page 2)**
**Debtor:**   Daniel G. Rallo and Carmen Rallo
**Case No.:** 15-24733-JNP
**Caption of Order**: Order Authorizing Compensation of Final Fees And Costs
_____

**THAT** the sum of $5,596.28 is reasonable compensation for the services in this case by DOUGLAS S. STANGER, TRUSTEE; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $26.10 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.