UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on November 22,
2019 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Daniel and Carmen Rallo

Case No.: 15-24733

Chapter: 7

Hearing Date: 11/21/2019

Judge: JNP

## ORDER AWARDING FEES

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

DATED: **November 22, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: : | |
| : | |
| DANIEL G. RALLO : | Case No. 15-24733-JNP |
| CARMEN RALLO : | |
| : | Chapter 7 -- Liquidation |
| : | |
| Debtors. : | |
| : | |

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

AND NOW, this ____ day of _____, 2019, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**

**(Page 2)**
**Debtor:**   Daniel G. Rallo and Carmen Rallo
**Case No.:** 15-24733-JNP
**Caption of Order**: Order Authorizing Compensation of Final Fees And Costs
_____

     **THAT** the sum of $5,596.28 is reasonable compensation for the services in this case by DOUGLAS S. STANGER, TRUSTEE; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $26.10 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

United States Bankruptcy Court
District of New Jersey

In re:
Daniel G. Rallo
Carmen Rallo
    Debtors

Case No. 15-24733-JNP
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Nov 22, 2019
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2019.
db/jdb        Daniel G. Rallo,   Carmen Rallo,   58 Lacosta Dr,   Egg Harbor Township, NJ  08234-5839

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2019 at the address(es) listed below:
        Damien Nicholas Tancredi   on behalf of Trustee Douglas S. Stanger
         damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
        Denise E. Carlon   on behalf of Creditor   Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Douglas S. Stanger   on behalf of Attorney   Flaster Greenberg, P.C.
         doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
         jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
        Douglas S. Stanger   doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
         jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
        Douglas S. Stanger   on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
         nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
         dss@trustesolutions.net
        Douglas S. Stanger   on behalf of Accountant   Giuliano, Miller & Company LLC
         doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
         jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
        Joshua I. Goldman   on behalf of Creditor   Nationstar Mortgage LLC jgoldman@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Lee Martin Perlman   on behalf of Joint Debtor Carmen  Rallo ecf@newjerseybankruptcy.com,
         mcdoherty@ecf.courtdrive.com
        Lee Martin Perlman   on behalf of Debtor Daniel G. Rallo ecf@newjerseybankruptcy.com,
         mcdoherty@ecf.courtdrive.com
        Patrick O. Lacsina   on behalf of Creditor   Nationstar Mortgage LLC ,   PATRICK.LACSINA@GMAIL.COM
        William M.E. Powers   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
        William M.E. Powers, III   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                         TOTAL: 12